CAMPBELL-RATCLIFF LAND CO. v. KLAUS.

No. 1302.   Opinion Filed January 9, 1912.

(120 Pac. 561.)

**NEW TRIAL—Second Trial as of Right.** Same as paragraph 2 of the syllabus in **Runyan v. Fisher,** 28 Okla. 450, 114 Pac. 717.

(Syllabus by the Court.)

*Error from District Court, Mayes County;*
*T. L. Brown, Judge.*

Action by the Campbell-Ratcliff Land Company against Florin Klaus. Judgment for defendant. From an order granting a new trial, plaintiff brings error. Reversed, with instructions.

*W. H. Kornegay,* for plaintiff in error.

*Seymour Riddle,* for defendant in error.

WILLIAMS, J.  The question essential for determination in this proceeding is as to whether in an ejectment action pending in the United States Court for the Northern District of Indian Territory, at Pryor Creek, at the time of the erection of the state, and afterwards transferred to and tried in the proper district court, the losing party as a matter of right is entitled to a second trial. That such losing party is not entitled to such second trial has been settled by this court. *Runyan v. Fisher,* 28 Okla. 450, 114 Pac. 717; *Iowa Land & Trust Co. v. Indian Land & Trust Co. et al.,* 29 Okla. 308, 116 Pac. 769.

The judgment of the lower court is reversed and remanded, with instructions to set aside and vacate the order granting the new trial as a matter of right.

All the Justices concur.